UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
        Disabled Veteran/Plaintiff,

v.

Civil Action No.

DARLENE MERRIWETHER,
        Defendant.

06-1348

*          *          *

*[Handwritten annotations: July 5, 2006 Judge CKolla-Kotelly; LEAVE TO FILE DENIED Aug. 11, 2006; Did not comply with order barring filings without a certification.]*

## LEAVE TO FILE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

    Disabled Veteran/Plaintiff, Michael Sindram, *pro-se*, in Leave To File Motion For Temporary Restraining Order And For Related Relief, states the following:

    1. Plaintiff's Leave To File Verified Complaint is incorporated and adopted herein by reference. Indeed, Plaintiff has shown a tenable basis for each claim which are not frivolous or taken in bad faith.

    2. As more fully described in Plaintiff's Leave To File Verified Complaint, defendant continually disrupted Plaintiff's medical care, outpatient undergoing continual follow-up at the orthopaedic, occupational therapy, and physical therapy clinics and use of recreation/gymnasium/weight room facilities of Walter Reed Hospital (WRH).

    3. Instead of affording Plaintiff his requested entitled reasonable accommodations, defendant orchestrated his "bar" from WRH on February 17, 2006 up to, and including the present.

    4. Defendant discriminates against Plaintiff in violation of Human Rights Act of 1977. Defendant has set for Plaintiff a different standard as opposed to others similarly situated to cover-up her theft of Plaintiff's priceless family heirloom keepsake legal-sized camouflaged Bible.

    5. Defendant's wanton and willful rancorous malicious misconduct and total disregard of Plaintiff's constitutionally-guaranteed rights has resulted in immediate and irreparable injury, loss, and damage to Plaintiff.

    6. Plaintiff is likely to prevail on merits in his weighty cause of action. Plaintiff is in danger of suffering irreparable harm during dormancy of this action if this relief is not granted. If this relief is not granted, more harm will result to Plaintiff than result to

RECEIVED
JUL 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4

defendant if relief is granted. The public interest will not be disserved by the granting of this relief.

7. In a per curiam opinion, expressing unanimous views of the United States Supreme Court, it was held that since it did not appear beyond doubt that Plaintiff could prove no set facts in support of his claim which would entitle him to relief, he was entitled to an opportunity to offer proof. *Haines v. Kerner*, 404 U.S. 519 (1972). The Fourth Circuit has recognized an *"indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties." Beaudett v. City of Hampton*, 755 F.2d 1277-78 [citing *Gordon v. Leeke*, 574 f.2d 1147 (4th Cir. 1978]).

WHEREFORE, good cause having been shown and premises considered, Order should now pass granting Leave To File Motion For Temporary Restraining Order And For Related Relief and Leave To File Verified Complaint and Leave To File Application To Proceed Without Prepayment Of Fees And Affidavit, and:
1. Immediate lift of "bar" notice upon Plaintiff from WRH to include, but not limited to resumption of medical care, outpatient undergoing continual follow-up at the orthopaedic, occupational therapy, and physical therapy clinics and use of recreation/gymnasium/weight room facilities of WRH;
2. Immediate return of Plaintiff's priceless family heirloom keepsake legal-sized camouflaged Bible;
3. Immediate implementation of Plaintiff's requested entitled reasonable accommodations at WRH;
4. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

**REQUEST FOR EXPEDITED HEARING**
Request For Expedited Hearing as required by Fed. R. Civ. P. 65 as to all issues herein to be advanced on the Court's calendar to earliest practicable date to aid in the decisional process.

*Michael Sindram*
Michael Sindram

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 30th day of June, 2006 to: Darlene Merriwether, 6900 Georgia Ave., N.W., Building 1 – Room A103, Washington, D.C. 20307.

*Michael Sindram*
Michael Sindram
*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a**