UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2006

| | | |
|---|---|---|
| Michael Sindram, | ) | NANCY MAYER WHITTINGTON, CLERK |
| | ) | U.S. DISTRICT COURT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. | 06 1348 |
| | ) | |
| Darlene Merriwether, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff is barred from filing lawsuits in this Court without permission. *See Sindram v. Saunders*, Civ. Action No. 03-2110 (Order, Aug. 11, 2004). He seeks leave to file a complaint *in forma pauperis*, and also moves for a temporary restraining order. Upon consideration of what is treated as plaintiff's motion for reconsideration of the Order of July 5, 2006, denying leave to file, the Court finds that plaintiff has now complied with the conditions of the barring order by certifying that the complaint raises new matters. Accordingly, it is this ___ day of July 2006,

ORDERED that the motion for leave to file a verified complaint is GRANTED; it is

FURTHER ORDERED that the motion to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that the motion for a temporary restraining order is DENIED because it presents no basis for granting such extraordinary relief before defendant may be heard on the complaint; and it is

FURTHER ORDERED that, pursuant to Local Civil Rule 40.5(a)(3), the Clerk shall assign this case to District Judge Reggie B. Walton, as related to Civil Action No. 05-0204.

SO ORDERED.

United States District Judge