UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
          Plaintiff,

v.                                        Civil Action No. 06-1348(RBW)

DARLENE MERRIWETHER,
          Defendant.

\*                \*                \*                \*

## MOTION TO BIFURCATE CASE; RECONSIDERATION OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

    Plaintiff, Michael Sindram, *pro-se*, in his Motion To Bifurcate Case; Reconsideration Of Motion For Temporary Restraining Order And For Related Relief, states as follows:

    1. Order of July 31, 2006 in part reads: "the Clerk shall assign this case to District Judge Reggie B. Walton, as related to Civil Action No. 05-0204." Civil Action No. 05-0204 is captioned ***Michael Sindram v. Jo Anne Barnhart, Commissioner of Social Security*** and has absolutely no relation or connection to above-captioned matter. As such, above-captioned matter to be bifurcated from Civil Action No. 05-0204 although the Court has yet to rule in Civil Action No. 05-0204 on Motion For Judgment Of Reversal And For Related Relief of October 11, 2005 and Supplemental Motion For Judgment Of Reversal And For Related Relief of January 4, 2006 and Second Supplemental Motion For Judgment Of Reversal And For Related Relief of February 7, 2006; all of which remain pending and unacted upon. Indeed, justice delayed is "just-ice" denied!

    2. Plaintiff is a disabled veteran, currently receiving 40% disability from Department of Veteran's Affairs. Plaintiff is also under doctor **Restrictions limited Walking and Standing Osteoarthritis Both Knees.** (Exhibit A) Plaintiff requires emergency medical care at Walter Army Medical Center however, Defendant Merriwether has orchestrated a complete and total bar from said hospital to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to deny Plaintiff entitled required emergency medical care.

    3. Fed. R. Civ. P. 65 requires hearing in open court to aid in the decisional process regarding weighty Reconsideration Of Motion For Temporary Restraining Order And For Related Relief to be advanced on the Court's calendar to earliest practicable date.

    WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Granting Motion To Bifurcate Civil Action No. 05-0204 from above-captioned cause of action;

2. Hearing to be advanced on Court's calendar to earliest practicable date on Reconsideration Of Motion For Temporary Restraining Order And For Related Relief;

3. Such other and further relief as to the Court appears just and proper.

**In God we trust;**
*/s/ Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

## REQUEST FOR EXPEDITED HEARING

Request For Expedited Hearing as required by Fed. R. Civ. P. 65 as to all issues herein to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.

*/s/ Michael Sindram*
Michael Sindram

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing was mailed, postage prepaid, this 3rd day of August, 2006 to: Fred E. Haynes, Esq, Assistant United States Attorney, 555 Fourth St., N.W., Roome-4110, Washington, D.C. 20530; and to Darlene Merriwether, 6900 Georgia Ave., N.W., Building 1 – Room A103, Washington, D.C. 20307.

*/s/ Michael Sindram*
Michael Sindram

*Wise men have also said these things: It is wrong for a judge to be prejudiced. If he pronounces a guilty person innocent, he will be cursed and hated by everyone. Judges who punish the guilty, however, will be prosperous and enjoy a good reputation.*
**Proverbs 24: 23-25 (TEV)**

*Make it **your** aim to do what is* **right**, *not what is evil, so that **you** may live. Hate what is evil, love what is* **right**, *and see that* justice *prevails in the courts...let* justice *flow like a stream, and* **righteousness** *like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**

# HUH HOWARD UNIVERSITY HOSPITAL

## DISABILITY CERTIFICATE

**DIVISION OF ORTHOPAEDIC SURGERY**

Richard E. Grant, MD
 Chief and Associate Professor
 Spine Surgery
 Total Joint Replacement

Terry L. Thompson, MD
 Assistant Professor
 Sports Medicine
 Arthroscopic Surgery

Robert H. Wilson, MD
 Assistant Professor
 Hand and
 Upper Extremity Surgery

Orthopaedic Associates
2041 Georgia Avenue, NW
Suite 4300, Towers Building
Washington, DC 20060

Clinical Office/ Appointments
 202-865-1183
 Fax-202-865-3039

Administrative Office
 202-865-1182
 Fax-202-865-4904

---

Date 9.3.03

NAME Sindram Michael

EMPLOYER Student

To Whom It May Concern:

This patient has been under my professional care from 9-3-03 to 10-3-03.

DIAGNOSIS B (R) Knee Injury

☐ This patient is unable to return to work

☐ This patient was totally ___, partially ___ incapacitated, but now has sufficiently recovered to be able to return to light ___, regular ___ work duties on _____

Restrictions limited walking + standing

Comments Osteoarthritis Both Knees

Please excuse this patient to attend physical therapy ___ times per week

Next appointment will call

*[signature]*

☐ Richard E. Grant, MD
☒ Terry L. Thompson, MD
☐ Robert H. Wilson, MD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Sindram, )
)
    Plaintiff, )
)
v. ) Civil Action No. 06 1348
)
Darlene Merriwether, )
)
    Defendant. )

ORDER

Plaintiff is barred from filing lawsuits in this Court without permission. *See Sindram v. Saunders*, Civ. Action No. 03-2110 (Order, Aug. 11, 2004). He seeks leave to file a complaint *in forma pauperis*, and also moves for a temporary restraining order. Upon consideration of what is treated as plaintiff's motion for reconsideration of the Order of July 5, 2006, denying leave to file, the Court finds that plaintiff has now complied with the conditions of the barring order by certifying that the complaint raises new matters. Accordingly, it is this ___ day of July 2006,

    ORDERED that the motion for leave to file a verified complaint is GRANTED; it is

    FURTHER ORDERED that the motion to proceed *in forma pauperis* is GRANTED; it is

    FURTHER ORDERED that the motion for a temporary restraining order is DENIED because it presents no basis for granting such extraordinary relief before defendant may be heard on the complaint; and it is

    FURTHER ORDERED that, pursuant to Local Civil Rule 40.5(a)(3), the Clerk shall assign this case to District Judge Reggie B. Walton, as related to Civil Action No. 05-0204.

    SO ORDERED.

*/s/ Gladys Kessler*
United States District Judge