IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SINDRAM )<br>6817 Georgia Ave., N.W., #204 )<br>Washington, D.C. 20012, )<br>   )<br>Plaintiff, )<br>   )<br>v.   ) | Civil Action No. 06-1348 (RBW) |
| DARLENE MERRIWETHER )<br>6900 Georgia Ave., N.W. )<br>Building 1 - Room A103 )<br>Washington, D.C. 20307, )<br>   )<br>Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL SINDRAM
6817 Georgia Ave., N.W., #204
Washington, D.C. 20012

on this _____ day of August, 2006.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780