UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA


MICHAEL SINDRAM,
          Plaintiff,

v.                                                                          Civil Action No. 06-1348(RBW)


DARLENE MERRIWETHER,
          Defendant.


*              *              *              *


## RECONSIDERATION OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

Plaintiff, Michael Sindram, *pro-se*, in his Reconsideration Of Motion For Temporary Restraining Order And For Related Relief, states as follows:

1. Plaintiff is a disabled veteran, currently receiving 40% disability from Department of Veteran's Affairs. Plaintiff is also under doctor **Restrictions limited Walking and Standing Osteoarthritis Both Knees.** (Exhibit A) Plaintiff requires emergency medical care at Walter Army Medical Center however, Defendant Merriwether has orchestrated a complete and total bar from said hospital to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to deny Plaintiff entitled required emergency medical care. In addition, Defendant Merriwether continues to unconstitutionally retain Plaintiff's property in spite of repeated request to return same.

2. Fed. R. Civ. P. 65 requires hearing in open court to aid in the decisional process regarding weighty Reconsideration Of Motion For Temporary Restraining Order And For Related Relief to be advanced on the Court's calendar to earliest practicable date.

WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Granting Reconsideration Of Motion For Temporary Restraining Order And For Related Relief;

2. Hearing to be advanced on Court's calendar to earliest practicable date on Reconsideration Of Motion For Temporary Restraining Order And For Related Relief;

3. Such other and further relief as to the Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Plaintiff, *Pro-Se*
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

### REQUEST FOR EXPEDITED HEARING

Request For Expedited Hearing as required by Fed. R. Civ. P. 65 as to all issues herein to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.

*Michael Sindram*
Michael Sindram

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing was delivered *by-hand* this 26th day of August, 2006 to Kevin Robitaille, Special Assistant U.S. Attorney, 555 Fourth St., N.W., Washington, D.C. 20530.

*Michael Sindram*
Michael Sindram

*Wise men have also said these things: It is wrong for a judge*
*to be prejudiced. If he pronounces a guilty person innocent, he*
*will be cursed and hated by everyone. Judges who punish the*
*guilty, however, will be prosperous and enjoy a good reputation.*
**Proverbs 24: 23-25 (TEV)**

*Make it* **your** *aim to do what is* **right***, not what is evil, so*
*that* **you** *may live. Hate what is evil, love what is* **right***, and*
*see that* **justice** *prevails in the* **courts***...let justice flow like*
*a stream, and* **righteousness** *like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what* **you** *want them to do for* **you***!*
**Matthew 7:12a (TEV)**

# HUH
**HOWARD UNIVERSITY HOSPITAL**

Washington, D.C. 20060

## DIVISION OF ORTHOPAEDIC SURGERY

Richard E. Grant, MD
Chief and Associate Professor
Spine Surgery
Total Joint Replacement

Terry L. Thompson, MD
Assistant Professor
Sports Medicine
Arthroscopic Surgery

Robert H. Wilson, MD
Assistant Professor
Hand and
Upper Extremity Surgery

Orthopaedic Associates
2041 Georgia Avenue, NW
Suite 4300, Towers Building
Washington, DC 20060

Clinical Office/ Appointments
202-865-1183
Fax 202-865-3039

Administrative Office
202-865-1182

## DISABILITY CERTIFICATE

Date 9·3·03

NAME Sindram, Michael

EMPLOYER Student

To Whom it May Concern:

This patient has been under my professional care from 9·3·03 to 10·3·03

DIAGNOSIS (L) (R) Knee Injury

☐ This patient is unable to return to work

☐ This patient was totally ____, partially ____ incapacitated, but now has sufficiently recovered to be able to return to light ____, regular ____ work duties on ____

Restrictions limited walking + standing

Comments Osteoarthritis Both Knees

Please excuse this patient to attend physical therapy ____ times per week

Next appointment will call

*[signature]*

☐ Richard E. Grant, MD
☒ Terry L. Thompson, MD
☐ Robert H. Wilson, MD

— Ex. A —