IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SINDRAM, <br><br> Plaintiff, <br><br> v. <br><br> DARLENE MERRIWETHER <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 06-1348 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S REQUEST FOR RECONSIDERATION**

On July 31, 2006, this Court (Honorable Glady Kessler) granted Plaintiff leave to file his verified complaint and his motion to proceed *in forma pauperis*. Dkt entry 5. By the same order, Judge Kessler denied Plaintiff's request for a temporary restraining order, holding that the Motion "presented no basis for such extraordinary relief...." Id.

Plaintiff has moved for reconsideration of that denial but has offered no new facts and appears to base his request solely upon Fed R. Civ P. 65. Dkt entry 9. Plaintiff was not entitled to a hearing before a ruling was issued on his request for injunctive relief. Smith v. Harvey, CA 06-1117, Mem. Order (D.D.C., Aug 11, 2006) See Also Johnson v. Holway, 329 F. Supp. 2d 12, 14 n.1 (D.D.C. 2004) (denying a request for a temporary restraining order without holding a hearing because the record was sufficient to demonstrate a lack of right to relief).

The criteria that govern the issuance of temporary and preliminary injunctive relief in the District of Columbia are well-settled. In order for the Court to exercise its power to grant this extraordinary relief, the plaintiff must show: (1) a strong likelihood of prevailing on the merits of its claim; (2) that without injunctive relief it will suffer irreparable harm; (3) that, balancing

hardships, the issuance of an injunction will not substantially harm other interested parties; and (4) that the public interest favors the requested injunction. Wisconsin Gas Co. v. FERC, 758 F.2d 669, 674 (D.C. Cir. 1985); Virginia Petroleum Jobbers Ass'n v. FPC, 259 F.2d. 921, 925 (D.C. Cir. 1958) (per curiam); Washington Metropolitan Area Transportation Comm'n v. Holiday Tours, Inc., 559 F.2d 841, 843-44 (D.C. Cir. 1977). Preliminary relief is a drastic and extraordinary form of relief that should not be granted absent a clear and convincing showing by the moving party, Yakus v. United States, 321 U.S. 414 (1944); Kahane v. Secretary of State, 700 F.Supp. 1162, 1165 (D.D.C. 1988).

Plaintiff has failed to allege, must less prove, any of these elements. Accordingly, Plaintiff's request for reconsideration should be denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL SINDRAM
6817 Georgia Ave., N.W., #204
Washington, D.C. 20012

on this _____ day of September, 2006.


        _____/s/_____
        KEVIN K. ROBITAILLE
        Special Assistant U.S. Attorney
        555 Fourth St., N.W.
        Room E4408
        Washington, D.C.  20530
        202-353-9895  / FAX 202-514-8780