**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL SINDRAM
6817 Georgia Ave., N.W., #204
Washington, D.C. 20012

on this ____12th day of September, 2006.

                                                _____/s/_____
                                                KEVIN K. ROBITAILLE
                                                Special Assistant U.S. Attorney
                                                555 Fourth St., N.W.
                                                Room E4408
                                                Washington, D.C.  20530
                                                202-353-9895  / FAX 202-514-8780