September 8, 2006 / Happy Sabbath!

Kevin K. Robitaille, Special Assistant U.S. Attorney
555 Fourth St., N.W.   Room E4408
Washington, D.C. 20530

Re: *Michael Sindram v. Darlene Merriwether*
Civil Action No. 06-1348 (RBW)

Special Assistant U.S. Attorney Robitaille,

Greetings in Name of our LORD and Saviour Jesus the Christ!

This will confirm our conversation today and fact that defendant has orchestrated my permanent bar from Walter Reed Hospital (WRH). As you are aware, I am a disabled Veteran, who has served our country more than most, and require emergency medical care at WRH. Defendant has set out to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to "terrorize" my health care providers at WRH in addition to retaining my family heirloom Bible. In light of recent draconian actions taken by our beloved U.S. Army and respective court review overturning same, when will this disabled Veteran resume medical care at WRH and have his Bible (or in alternative fair market value) returned to him?!? Please phone to up-date regarding these two weighty issues that remain pending and unacted upon: (202)722-6281.

In God we trust:

*Michael Sindram*
Michael Sindram, Disabled Veteran
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012