IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SINDRAM, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1348 (RBW) |
| ) | |
| DARLENE MERRIWETHER ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Undersigned Counsel entered an appearance on behalf of defendant Darlene Merriwether after the United States Attorney's office was served with the complaint.  An initial reading of the complaint made it appear that Ms. Merriwether was being sued in an official capacity as a government employee.  The actions complained of by Plaintiff, alleged failure to make accommodations under the American's with Disabilities Act and removal or barring from a Military Installations, are not actions that can be taken by an individual.

Further investigation has revealed that Ms. Merriwether is a contract employee and not a government employee.  Therefore, Ms. Merriwether is being sued individually and the United States Attorney's office lacks the authority to represent her.

Respectfully submitted,

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL SINDRAM
6817 Georgia Ave., N.W., #204
Washington, D.C. 20012

on this ___15th_____ day of September, 2006.

                                          _____/s/_____
                                          KEVIN K. ROBITAILLE
                                          Special Assistant U.S. Attorney
                                          555 Fourth St., N.W.
                                          Room E4408
                                          Washington, D.C.  20530
                                          202-353-9895  / FAX 202-514-8780