UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL SINDRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-01348 (RBW) |
| DARLENE MERRIWETHER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On January 27, 2005, the plaintiff commenced an action challenging a decision by the Social Security Administration regarding a reduction in his supplemental security income due to his receipt of Veteran's Affairs disability benefits. Plaintiff's Complaint ¶¶ 4-5.  On August 22, 2005, the plaintiff moved to withdraw the appearance of his attorney. Plaintiff's Motion To Withdraw Appearance ¶¶ 3-4.  The plaintiff has been appearing *pro se* since that motion was granted by this Court on August 23, 2005.  That case is still pending before this Court and has been assigned case number 05-204.  On July 31, 2006, the plaintiff applied *pro se* for leave to file a verified complaint challenging Walter Reed Hospital's accommodations for his disability under 42 U.S.C. §§12101-12213. Plaintiff's Motion For Leave To File Verified Complaint ¶ 2.  The Clerk of the Court designated this case, Sindram v. Merriwether, No. 06-01348, as related to Sindram v. Barnhart, No. 05-204, because the later case was filed by a *pro se* litigant while the earlier case was still pending. Notice of Designation of Related Civil/Miscellaneous Cases Pending in This or Any Other United States Court ("Notice") ¶ 4.  Currently before the Court is the plaintiff's motion to separate the newer case (No. 06-01348) from the previous case (No. 05-

204) as unrelated.[1] Plaintiff's Motion to Bifurcate Case; Reconsideration of Motion For Temporary Restraining Order and For Related Relief.  For the reasons set forth below, the plaintiff's motion to treat as unrelated Sindram v. Merriwether, No. 06-01348, and Sindram v. Barnhart, No. 05-204, is denied.

A judge may only transfer a case which has been designated as related to another case if the judge determines that the cases are not related. LCvR 40.5(c)(1).  Sindram v. Merriwether, No. 06-01348, was filed by a *pro se* litigant with a prior case pending, so the two cases at issue are automatically related pursuant to Local Rule of Civil Procedure 40.5 for the United States District Court for the District of Columbia ("Rule 40.5"). LCvR 40.5(a)(3); see also Spencer v. Rumsfeld, 209 F. Supp. 2d 15, 18 (D.D.C. 2002) (stating that "a case is automatically deemed related when it is filed by a *pro se* litigant with a prior case pending.").  Rule 40.5 provides that "a case filed by a *pro se* litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case." LCvR 40.5(a)(3).  The plaintiff alleges that these cases are unrelated, but Rule 40.5 provides that the cases are related whether or not they involve common issues of fact or grow out of the same event or transaction. Id.  The newer case, Sindram v. Merriwether, No. 06-01348, must therefore remain assigned to the judge to whom the earlier case, Sindram v. Barnhart, No. 05-204, is assigned.  The determination that these cases are automatically related pursuant to Rule 40.5 means that both cases will be assigned to and adjudicated by Judge Walton.  Although both cases will remain assigned to Judge Walton, each case will be reviewed separately and ruled upon independently.

Accordingly, it is hereby this 20th day of September, 2006,

---

[1] This order addresses only the plaintiff's motion to bifurcate. The plaintiff's motions for reconsideration and for related relief are still pending before the Court. The defendant has not filed an opposition to these motions.

**ORDERED** that the plaintiff's motion to separate the two related cases is **DENIED**.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge

Case 1:06-cv-01348-RBW    Document 15    Filed 09/20/2006    Page 3 of 3