UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
        DISABLED VETERAN/Plaintiff,

v.                                                    Civil Action No. 06-1348 (RBW)

DARLENE MERRIWETHER,
        Defendant.

\*                        \*                        \*                        \*

## SUPPLEMENTAL RECONSIDERATION OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR RELATED RELIEF

    DISABLED VETERAN/Plaintiff, Michael Sindram, *pro-se*, in his Supplemental Reconsideration Of Motion For Temporary Restraining Order And For Related Relief, states as follows:

    1. The government's "Memorandum of Points and Authorities in Opposition to Plaintiff's Request for Reconsideration" would have this Honorable Court set a different standard for this disabled Veteran, who has served our country more than most, than others similarly situated that would be inimical to due process and fundamental fairness in the pursuit of right, reason, and fairness, as more fully described below.

    2. The government knows, or should know, Plaintiff is denied his constitutionally-guaranteed health care at Walter Reed Hospital (WRH). Plaintiff is also denied return and enjoyment of his family heirloom Bible precisely because of defendant's wanton and willful malicious misconduct and total disregard of this disabled Veteran's rights. *See* disabled Veteran Letter of September 8, 2006. (Exhibit 1)

    3. The government knows full well that this disabled Veteran is likely to prevail on merits in his weighty cause of action. The government knows full well this disabled Veteran is in danger of suffering irreparable harm during dormancy of this action if this relief is not granted. The government knows full well if this relief is not granted, more harm will result to this disabled Veteran than result to defendant if relief is granted. In light of draconian actions taken by our beloved U.S. Army, the government knows full well that the public interest will not be disserved by the granting of this relief. Other than the government's unsubstantiated bald-faced assertions, there has been no showing by the government that this disabled Veteran's meritorious claims favor the requested injunction.

    4. In a per curiam opinion, expressing unanimous views of the United State Supreme Court, it was held that since it did not appear beyond doubt that Plaintiff [disabled Veteran] could prove no set of facts in support of his claim which would entitle him to relief, ***he was entitled to an opportunity to offer proof***. <u>Haines v. Kerner</u>, 404 U.S. 519

(1972). The Fourth Circuit has recognized an *"indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties."* <u>Beaudett v. City of Hampton</u>, 755 F.2d 1277-78 [citing <u>Gordon v. Leeke</u>, 574 F.2d 147 (4th Cir. 1978]).

    5. The government knows full well that this disabled Veteran is entitled to resumption of his medically-necessitated health care at WRH. The government knows full well that justice delayed is "just – ice" denied! The government knows full well that injustice anywhere is a threat to justice everywhere! [Martin King] The government knows full well that when the rights of one (disabled Veteran) are violated rights of all are endangered! [Martin King]. The government knows full well that what affects this disabled Veteran directly effects this Honorable Court, our community and us all indirectly!

    WHEREFORE good cause having been shown and premises considered, Order should now pass granting this disabled Veteran's Supplemental Reconsideration Of Motion For Temporary Restraining Order And For Related Relief.

                                          **In God we trust:**
                                          Michael Sindram, Disabled Veteran/Plaintiff
                                          6817 Georgia Ave., N.W. #204
                                          Washington, D.C. 20012
                                          (202)722-6281

<u>**REQUEST FOR EXPEDITED HEARING**</u>
Because the government knows full well that irreparable harm continues to inure this disabled Veteran if corrective action is not now taken by the Court, hearing to be advanced on the Court's calendar to earliest practicable date to aid in the decisional process.
                                          Michael Sindram

<u>**CERITIFCATE OF SERVICE**</u>
    I HEREBY CERTIFY that copy of foregoing was mailed, postage prepaid, this 15th day of September, 2006 [Happy Sabbath!] to: Kevin K. Robitaille, Special Assistant U.S. Attorney, 555 Fourth St., N.W., Washington, D.C. 20530.
                                          Michael Sindram

*Make it <u>your</u> aim to do what is* **right***, not what is evil, so that <u>you</u> may live. Hate what is evil, love what is* **right***, and see that* **justice** *prevails in the* **courts***...let* **justice** *flow like a stream, and* **righteousness** *like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what <u>you</u> want them to do for <u>you</u>!*
**Matthew 7:12a (TEV)**

September 8, 2006 / Happy Sabbath!

Kevin K. Robitaille, Special Assistant U.S. Attorney
555 Fourth St., N.W. – Room E4408
Washington, D.C. 20530

Re: **Michael Sindram v. Darlene Merriwether**
Civil Action No. 06-1348 (RBW)

Special Assistant U.S. Attorney Robitaille,

Greetings in Name of our LORD and Saviour Jesus the Christ!

This will confirm our conversation today and fact that defendant has orchestrated my permanent bar from Walter Reed Hospital (WRH). As you are aware, I am a disabled Veteran, who has served our country more than most, and require emergency medical care at WRH. Defendant has set out to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to "terrorize" my health care providers at WRH in addition to retaining my family heirloom Bible. In light of recent draconian actions taken by our beloved U.S. Army and respective court review overturning same, when will this disabled Veteran resume medical care at WRH and have his Bible (or in alternative fair market value) returned to him?!? Please phone to up-date regarding these two weighty issues that remain pending and unacted upon: (202)722-6281.

In God we trust:
*Michael Sindram*
Michael Sindram, Disabled Veteran
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012

## **It is The Veteran**

It is the Veteran, not the preacher, Who has given us freedom of religion.
It is the Veteran, not the reporter, Who has given us freedom of the press.
It is the Veteran, not the poet, Who has given us freedom of speech.
It is the Veteran, not the campus organizer, Who has given us freedom to assemble.
It is the Veteran, not the lawyer, Who has given us the right to a fair trial.
It is the Veteran, not the politician, Who has given us the right to vote.
It is the Veteran, Who salutes the Flag, Who serves under the Flag!

**God Bless America & Our Troops!**