**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL SINDRAM, | * | |
| Plaintiff, | * | |
| v. | * | Case No.  06-1348 (RBW) |
| DARLINE MERRIWETHER, | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Darrell R. VanDeusen, and Kollman & Saucier, P.A. as counsel for Defendant Darline Merriwether.

Respectfully submitted,

   -*s*- Darrell R. VanDeusen
Darrell R. VanDeusen
Bar No. MD 08231
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland  21093
(410) 727-4300

Attorney for Defendant Darline Merriwether