IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL SINDRAM, | * | |
| Plaintiff, | * | |
| v. | * | Case No.  06-1348 (RBW) |
| DARLINE MERRIWETHER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION TO DISMISS**

Defendant Darline Merriwether ("Merriwether"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the Plaintiff Michael Sindram's Complaint.[1]  The Complaint fails to state a claim upon which relief may be granted because Merriwether, an individual, is not a "public entity" as defined by Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12131.  Title II of the ADA does not permit lawsuits against individuals.

In support of this Motion, the Court's attention is respectfully directed to the Memorandum in Support of Defendant's Motion to Dismiss.

For these reasons, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint, and that the Court award Defendant the fees and costs she has expended in this matter and other such relief as may be just and proper.

---

[1] The correct spelling of Ms. Merriwether's first name is Darline.

Respectfully submitted,


     *-s-* Darrell R. VanDeusen
Darrell R. VanDeusen
Bar No. MD 08231
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland 21093
(410) 727-4300

Counsel for Defendant Darline Merriwether