# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL SINDRAM, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 06-1348 (RBW) |
| DARLINE MERRIWETHER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss and any opposition having been filed by Plaintiff, IT IS, this _____ day of _____, 2006;

ORDERED that Defendant's Motion to Dismiss is GRANTED; and that Plaintiff's Complaint is DISMISSED, with prejudice.


Dated: _____                    _____
                                            Reggie B. Walton,
                                            United States District Court Judge