UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL SINDRAM,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-1348 (RBW)
                                    )
DARLENE MERRIWETHER,                )
                                    )
        Defendant.                  )
_____ )

### ORDER

On October 11, 2006, the defendant filed a motion to dismiss. The plaintiff failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."). Accordingly, this Court issued an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), advising the plaintiff that failure to file an opposition to the defendant's motion by December 29, 2006, would result in the Court treating the motion as conceded and entering judgment in favor of the defendant. November 29, 2006 Order. The plaintiff has neither filed an opposition nor requested an extension of time to file an opposition by the due date. Accordingly, it is hereby this 4th day of January, 2007,

**ORDERED** that the defendant's motion is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED**.[1]

---

[1] Also pending before the Court are the plaintiff's motions for reconsideration for temporary restraining order and for related relief. Since the Court is granting the defendant's motion to dismiss and dismissing the matter as a result of the plaintiff's failure to file an

(continued...)

**SO ORDERED** this 4th day of January, 2007.

                                          Reggie B. Walton
                                          United States District Judge

---

[1](...continued)
opposition to the defendant's motion to dismiss, the plaintiff's motions for reconsideration for temporary restraining order and for related relief are **DENIED** as moot.