UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
        Disabled Veteran/Plaintiff,
   v.                                        Civil Action No.06-1348(RBW)
DARLENE MERRIWETHER,
        Defendant.
\*                    \*                    \*                    \*

## MOTION FOR JUDGMENT ON PLEADINGS, TO COMPEL DISCOVERY AND FOR SANCTIONS, AND FOR RELATED RELIEF

Disabled Veteran/Plaintiff, Michael Sindram, *pro-se*, in his Motion For Judgment On Pleadings, To Compel Discovery And For Sanctions, And For Related Relief, states as follows:

1. Order of Court of January 30, 2007: "ORDERED that defendant shall file a reply to Plaintiff's opposition to its motion to dismiss by February 12, 2007." Defendant's "reply" simply regurgitates its motion to dismiss and fails to address merits of Plaintiff's weighty cause of action.

2. Footnote 1 of Order of Court of January 30, 2007: "Plaintiff also alleges that defendant 'confiscated Plaintiff's family heirloom keepsake legal-sized camouflage Bible' and has refused to return it to him. Compl. ¶ 7." It is well understood in this Circuit that when a defendant files an opposition to a motion for summary judgment addressing only certain arguments raised by Plaintiff, this Honorable Court may treat those arguments that defendant failed to address as conceded. Clearly, Plaintiff is entitled to judgment on the pleadings.

3. Defendant was served on January 26, 2007 Plaintiff's First Set Of Interrogatories And Demand For Production Of Documents. Defendant failed to provide discovery within 30 days as required by **Fed. R. Civ. P. 33(B)(3)**. Plaintiff wrote counsel on February 25, 2007 again requesting discovery without response to date. (Exhibit 1) Motion To Compel Discovery And For Sanctions is now ripe for determination.

WHEREFORE, good cause having been shown and premises carefully considered, Order should now pass as follows:
1. Granting Motion For Judgment On Pleadings;
2. Granting Motion To Compel Discovery And For Sanctions of $300.00;
3. Such other and further relief as to this Court appears just and proper.

In God we trust:
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012

### EXPEDITED HEARING REQUEST

Expedited hearing request made as to all issues herein to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.
*Michael Sindram*
Michael Sindram

### CERITIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing was mailed, postage prepaid, this 2nd day of March, 2007 to: Darrell R. VanDeusen, Bar No. MD 08231, 1823 York Rd., Timonium, Md 21093.
*Michael Sindram*
Michael Sindram

February 25, 2007

Darrell R. VanDeusen, Bar No. MD 08231
1823 York Road
Timonium, Md 21093

Re: *Michael Sindram v. Darlene Merriwether*
Civil Action No. 06-1348(RBW)

Dear Mr. VanDeusen,

Greetings in Name of our LORD and Saviour Jesus the Christ!

On January 26, 2007 you received **Plaintiff's First Set Of Interrogatories And Demand For Production Of Documents.** No response has been received to date as required by **Fed. R. Civ. P. 33(b)(3):** *"The party upon whom interrogatories have been served shall serve a copy of answers, and objections if any, within 30 days after service of interrogatories."* Kindly provide entitled requested discovery within five (5) days to avoid further court action.

In God we trust:

Michael Sindram
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012

Encl: as cited

cc: Clerk of Court

*Do for others what <u>you</u> want them to do for <u>you</u>!*
**Matthew 7:12a**


-Ex. 1-