# UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
          Disabled Veteran/Plaintiff,

v.                                              Civil Action No. 06-1348(RBW)

DARLENE MERRIWETHER,
          Defendant.

\*               \*              \*              \*

## FIRST SET OF INTERROGATORIES AND DEMAND FOR PRODUCTION OF DOCUMENTS

**TO: Darlene Merriwether**

**FROM: Michael Sindram**

    The following Interrogatories are directed to you, pursuant to the Rules of this Court. You are hereby directed to answer each of them separately and under oath and to serve a copy of your Answers thereto upon the undersigned within the time required by the Rules of this Court:

(a) These Interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

(b) Where the name or identity of a person is requested, please state full name, home address, and also business address if known.

(c) Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

(d) Where knowledge or information or possession of a party is requested, such request includes knowledge of the party's agents, representatives, consultants, investigators and, unless privileged, his/her attorneys. When answer is made by a corporate defendant, state the name, address and title of the person supplying the information, and making the affidavit, and the source of his/her information.

(e) The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in clause (d).

(f) These Interrogatories must be answered completely. If you are unable to answer, you must state all those reasons which account for your inability to answer.


EXHIBIT 1

Q.1. State your full name, home address, work address, date of birth, marital status, educational background, and social security number.

Q.2. State with particularity written communication you had with Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.3. State with particularity interaction by you with Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.4. State any all person(s) you contacted on behalf of Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.5. State with particularity military records/documents you obtained about Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.6. State with particularity medical records/documents you obtained about Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.7. State with particularity authorization/release form(s) you obtained from Plaintiff to receive records/documents about Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.8. State with specificity medical personnel you contacted regarding Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.9. State with specificity any statement you elicited from anyone about Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.10. State any law enforcement report initiated by you regarding any altercation you had with Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.11. State any contact you had with Office of Center Judge Advocate regarding Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.12. State any documents you submitted to Office of Center Judge Advocate regarding Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.13. State with specificity any contact you had with Plaintiff on January 27, 2006 and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.14. State with particularity any documents you gave Plaintiff on January 27, 2006 and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.15. State with particularity any letter/note you wrote anyone regarding contact with Plaintiff on January 27, 2006 and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.16. State any contact initiated by you with Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.17. State any identification you obtained from Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.18. State with specificity any reasonable public accommodation made by Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.19. State with particularity any reasonable public accommodation made for Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.20. State with specificity any item/thing you received from Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.21. State with specificity any item/thing you gave/returned to Plaintiff and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.22. State policy of your workplace regarding receipt by you of any item/thing from anyone and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.23. State with particularity number of years Plaintiff has been in and/or around your workplace and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.24. State medical care Plaintiff was receiving at your workplace and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

Q.25. State physical therapy Plaintiff was receiving at your workplace and provide all papers, notes, ledgers, receipts, invoices, and documents of same.

**In God we trust:**
*Michael Sindram* (signature)
Michael Sindram
6817 Georgia Ave., N.W. #204
Washington, D.C. 20012
(202)722-6281

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy of foregoing First Set Of Interrogatories And Demand For Production of Documents was mailed, postage prepaid, this 26th day of January [Happy Sabbath!], 2007 to: Darrell R. VanDeusen, Bar No. MD 08231, 1823 York Rd., Timonium, Md 21093.

*Michael Sindram* (signature)
Michael Sindram

*Make it **your** aim to do what is right, not what is evil, so that **you** may live. Hate what is evil, love what is right, and see that justice prevails in the courts…let justice flow like a stream, and righteousness like a river that never goes dry.*
Amos 5:14a, 15a, 24 (TEV)

*Do for others what **you** want them to do for **you**!*
Matthew 7:12a (TEV)