KOLLMAN & SAUCIER, P.A.
THE BUSINESS LAW BUILDING
1823 YORK ROAD
TIMONIUM, MARYLAND 21093-5119

(circled handwritten note) Return to Sender

U.S. POSTAGE $00.63 FEB 05 2007
PB5546069
MAILED FROM ZIP CODE 21093
PITNEY BOWES

**EXHIBIT 3**