UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL SINDRAM,                    )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Action No.  06-1348 (RBW)
                                    )
DARLINE MERRIWETHER,                )
                                    )
    Defendant.                      )
_____)

**ORDER**

    For the reasons set forth in this Court's memorandum opinion filed contemporaneously herewith, it is hereby this 12th day of September, 2007

    **ORDERED** that the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** . It is further

    **ORDERED** that the plaintiff's (1) Motion of Reconsideration for Temporary Restraining Order and for Related Relief; (2) Motion of Reconsideration for Temporary Restraining Order and for Related Relief; (3) Motion of Reconsideration, Sanctions, and for Related Relief; and (4) Motion for Judgment are **DENIED** as moot.

    **SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge