905 F.2d 1531 (Table), 1990 WL 74260 (C.A.4 (Md.))
**Unpublished Disposition**

NOTICE: THIS IS AN UNPUBLISHED OPINION.

(The Court's decision is referenced in a "Table of Decisions Without Reported Opinions" appearing in the Federal Reporter. Use FI CTA4 Rule 36 for rules regarding the citation of unpublished opinions.)

United States Court of Appeals, Fourth Circuit.
Michael **SINDRAM**, Plaintiff-Appellant,
v.
Robert F. **SWEENEY**; Thomas Lohm; James L. Ryan; Jeffrey L. Ward; Raymond M. Kight; Edward Northrop; John R. Hargrove, Defendants-Appellees.
Michael **SINDRAM**, Plaintiff-Appellant,
v.
Robert F. **SWEENEY**; Thomas Lohm; James L. Ryan; Jeffrey L. Ward; Raymond M. Kight; Edward Northrop; John R. Hargrove, Defendants-Appellees.
Nos. 90-2663, 90-2664.
Submitted May 7, 1990.
Decided May 18, 1990.
Rehearing and Rehearing In Banc Denied June 13, 1990.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Joseph C. Howard and Frederic N. Smalkin, District Judges. (C/A No. 90-687-S)
Michael **Sindram**, appellant pro se.

D.Md.
AFFIRMED.

Before ERVIN, Chief Judge, and CHAPMAN and WILKINS, Circuit Judges.

PER CURIAM:
*1 Michael **Sindram** appeals from the orders of the district court denying his motion for an injunction and for a temporary restraining order, and dismissing his civil action brought pursuant to 42 U.S.C. § 1983 as frivolous under 28 U.S.C. § 1915(d). Our review of the record and the district court's orders discloses that these appeals are without merit. Accordingly, we affirm the denial of the motion for an injunction, and the dismissal of the complaint, on the reasoning of the district court. ***Sindram v. Sweeney***, C/A No. 90-687-S (D.Md. Mar. 15 and Mar. 16, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

C.A.4 (Md.),1990.
**Sindram** v. **Sweeney**
905 F.2d 1531 (Table), 1990 WL 74260 (C.A.4 (Md.))
Unpublished Disposition
END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT C

West Reporter Image (PDF)

498 U.S. 903, 111 S.Ct. 264, 112 L.Ed.2d 221

Supreme Court of the United States
Michael **SINDRAM**, petitioner
v.
Robert **SWEENEY** , et al
No. 90-5456
October 9, 1990
*Rehearing Denied Nov. 13, 1990.*
*See 498 U.S. 974, 111 S.Ct. 449.*

Case ***903** below, 905 F.2d 1531.

Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit.

Denied.

Justice SOUTER took no part in the consideration or decision of this petition.

U.S.,1990
**Sindram** v. **Sweeney**
498 U.S. 903, 111 S.Ct. 264, 112 L.Ed.2d 221

END OF DOCUMENT

West Reporter Image (PDF)

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.