IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL SINDRAM, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 06-1348 (RBW) |
| DARLINE MERRIWETHER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Response to Plaintiff's Leave to File Amended Verified Complaint and For Related Relief and any opposition having been filed by Plaintiff, it is this _____ day of _____, 2007;

ORDERED that Plaintiff's Leave to File Amended Verified Complaint and For Related Relief is DENIED.


Dated: _____    _____
                              Reggie B. Walton,
                              United States District Court Judge