IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL SINDRAM,                 *

   Plaintiff,                    *

v.                               *   Case No. 06-1348 (RBW)

DARLINE MERRIWETHER,             *

   Defendant.                    *

      *   *   *   *   *   *   *   *   *

**AFFIDAVIT OF DARRELL R. VanDEUSEN IN SUPPORT OF
DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

I, Darrell R. VanDeusen, do solemnly swear and declare as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the facts related here.

2. I am an attorney licensed to practice law in the State of Maryland and the United States District Court for the District of Columbia. I have been licensed to practice law since 1985. I am a shareholder in the law firm of Kollman & Saucier, P.A., concentrating my practice in the area of employment law litigation. I participated in the litigation of the above-captioned case on behalf of the defendant.

3. I was the primary attorney involved in the defense of this case. Michael Sindram is a serial litigant who has filed numerous frivolous actions in this Court and other courts. In this case, Sindram's claims made under Title II of the Americans With Disabilities Act were meritless. Defendant Merriwether moved to dismiss the Complaint, and this Court granted the Motion on September 12, 2007. On October 5, 2007, Sindram filed a Leave to Amend Verified Complaint and for Related Relief ("Leave to Amend"), alleging violations of 42 U.S.C.

EXHIBIT A

§ 1981, 42 U.S.C. § 1983, and the District of Columbia Human Rights Act of 1977, D. C. Code §§ 2-1401.1 *et seq*. Merriwether has responded to the Leave to Amend, demonstrating that it is moot, frivolous and made in bad faith. Merriwether seeks the attorneys' fees and costs incurred in preparing the Response to Sindram's Leave to Amend.

4. The defendant seeks only to recover those costs and fees incurred in preparing the Response to Plaintiff's Leave to Amend. During this time, the time and value billed for my services, and that of the associate who worked on this case, are as follows:

### Fees

#### Fees Incurred From October 8, 2007 to October 19, 2007

**Attorneys**

| Name | Hours Worked | Value |
|---|---|---|
| D. R. VanDeusen | 3.7 | $1,295.00 |
| M. Gallucci | 18.0 | $3,330.00 |
| Total | | $4,625.00 |

My hourly rate is $350.00 per hour; and the hourly rate for M. Gallucci is $185.00 per hour.

5. Our firm prepares detailed billing reports reflecting the nature of the work performed on a particular matter, the number of hours spent and the name of the individual providing the services. The detailed billing report is kept in the ordinary course of business.

6. The detailed billing report accurately reflects hours actually and necessarily worked, and costs actually and necessarily incurred in preparing the Response to the Leave to Amend.

7. Attached to this Affidavit is a detailed billing report for the time spent on the Response to the Leave to Amend from October 8, 2007 to October 19, 2007.

In accordance with 28 U.S.C. Section 1746, I affirm under penalties of perjury that the foregoing Affidavit is true and correct.

_____  
Darrell R. VanDeusen

_____10/19/07_____  
Date

# TIME LISTING

## MEG GALLUCCI

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/11/07 | Meet with D. VanDeusen re: Response to Leave to Amend Complaint | .3 |
| 10/11/07 | Research Section 1981/1983 claims | 4.5 |
| 10/12/07 | Draft Response to Leave Motion | 3.5 |
| 10/15/07 | Finalize Response to Leave to Amend | 3.2 |
| 10/15/07 | Confer with D. VanDeusen re: Response | .3 |
| 10/16/07 | Edit corrected version of Response | .2 |
| 10/17/07 | Edit section of Response to Leave to Amend | 2.2 |
| 10/18/07 | Confer with D. VanDeusen re: Response | .1 |
| 10/18/07 | Edit Response to Leave to Amend | 3.7 |
| | Total | 18 |

## DARRELL R. VANDEUSEN

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/08/07 | Receipt of Motion for Leave to Amend Complaint; review | .3 |
| 10/10/07 | Review Motion for Leave; conference with M. Gallucci | 1.3 |
| 10/15/07 | Review and revise Response; conference with M. Gallucci | 1.6 |
| 10/17/07 | Revise Response | .5 |
| | Total | 3.7 |

| | | |
|---|---|---|
| MEG GALLUCCI | 18 Hours x $185.00/hour = | $3,330.00 |
| DARRELL VANDEUSEN | 3.7 Hours x $350.00/hour = | 1,295.00 |
| | TOTAL FEES | $4,625.00 |