Not Reported in F.2d, 1993 WL 135959 (C.A.D.C.)

Only the Westlaw citation is currently available.
United States Court of Appeals, District of Columbia Circuit.
**Michael SINDRAM**, Appellant,
v.
Stuart F. JOHNSON.
No. 91-7110.
April 20, 1993.

Before WALD, RUTH BADER GINSBURG and SENTELLE, Circuit Judges.

ORDER

PER CURIAM.
*1 Upon consideration of the response to this court's order to show cause issued November 19, 1992, it is

ORDERED that the order to show cause be discharged. It is

FURTHER ORDERED that **Michael Sindram** be enjoined from filing any new cases in the United States Court of Appeals for the District of Columbia Circuit without first obtaining leave of this court. A request for leave to file must accompany each notice of appeal or petition for relief. In seeking leave to file, Mr. **Sindram** must certify that his claim or claims are not frivolous or taken in bad faith, and he must show a tenable basis for each claim. Additionally, each motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File," and Mr. **Sindram** must affix a copy of this order to each such motion. Failure to comply strictly with the terms of this injunction will be sufficient grounds for denying leave to file.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir.Rule 15.

C.A.D.C.,1993.
**Sindram** v. Johnson
Not Reported in F.2d, 1993 WL 135959 (C.A.D.C.)

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.

EXHIBIT D