IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL SINDRAM, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 06-1348 (RBW) |
| DARLINE MERRIWETHER, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Defendant's Motion for Attorneys' Fees and any opposition having been filed by Plaintiff, it is this _____ day of _____, 2007;

ORDERED that Defendant's Motion for Attorneys' Fees is GRANTED; and it is further ORDERED that Plaintiff shall pay the amount of $_____ to Defendant Darline Merriwether.

Dated: _____  _____
Reggie B. Walton,
United States District Court Judge